07CV2248 BEN (RBB)

**FILED**
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KM___ DEPUTY

STATE OF CALIFORNIA
CDC - 193 (1/88)
DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 1-1-08

To: Warden

Approved _____

I hereby request that my Trust Account be charged $5.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

NUMBER: F-12479

NAME (Signature please, DO NOT PRINT): June Thepsombandith

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME: Southern District Court
ADDRESS: 880 Front Street
Suite 4290
San Diego, Calif. 92101-8900

PRINT YOUR FULL NAME HERE: June Thepsombandith

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE: Filing fee in Federal Court for Writ of Habeas Corpus..

First watch staff please don't seal the envelope the Trust will seal the envelope. Thnks.

To: Thepssombandith, V         CDC#: F12479
Housing: C1-111L                Date: DEC 3 1 2007


RE:   TRUST ACCOUNT WITHDRAWAL ORDER


The enclosed CDC 193 is being returned to you because of the following reason(s):

_____   It was not approved by a Counselor. Please have Counselor sign and return.

_____   Inmate needs to sign.

_____   The amount is incorrect. It should be $_____. Please have a new one completed by the inmate and approved by a Counselor.

_____   The amount is incorrect. It should be $_____. This amount reflects the 10% IWF surcharge. Please have a new one completed by the inmate and approved by a Counselor.

__X__   The inmate needs to attach a stamped, addressed envelope to his withdrawal request.

__X__   Indigent envelopes are not accepted for cash withdrawals.

_____   Account has Non-Sufficient Funds.

_____   Other: _____

_____


Thank you,

*Inmate Trust Accounts*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE THEPSOMBANDITH,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>V.M. ALMAGER, Warden<br><br>　　　　　　　Respondent. | Civil No.   07-2248 BEN (RBB)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than February 4, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.**

IT IS SO ORDERED.

DATED: December 3, 2007

Hon. Roger T. Benitez
United States District Judge

-1-

07cv2248