PLAINTIFF/PETITIONER/MOVANT'S NAME June Thepsombandith

PRISON NUMBER T-12479

PLACE OF CONFINEMENT Centinela State Prison

ADDRESS P.O. Box 921 Imperial, CA 92251-921

FILED

2008 FEB 22 PM 2:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

# United States District Court
## Southern District Of California

_____ ,
Plaintiff/Petitioner/Movant

v.

_____ ,
Defendant/Respondent

Civil No. 07CV2248 BEN (RBB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, June Thepsombandith declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration  Centinela State Prison
    Are you employed at the institution?         ☐ Yes ☐ No
    Do you receive any payment from the institution?  ☒ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                              ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:                    Year:            Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_____                    _June Thepoombardeth_____
DATE                                              SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

### PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant __Van June Thepsombandith__,
(NAME OF INMATE)

__F 12479__,
(INMATE'S CDC NUMBER)

has the sum of $ __8.47__ on account to his/her credit at __Centinela State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __4.48__,

and the *average monthly deposits* to the applicant's account was $ __4.32__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__2-20-2008__      __Gracie Rojas__ (signature)
DATE            SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Gracie Rojas__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

#T-12479

I, June ThepsomBandith , request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

2-18-08
DATE

June ThepsomBandith
SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                -5-              ::ODMA\PCDOCS\WORDPERFECT\22835\1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 20, 2008

ACCOUNT NUMBER  : F12479                         BED/CELL NUMBER: FCB1T1000000111L
ACCOUNT NAME    : THEPSOMBANDITH, VAN JUNE       ACCOUNT TYPE: I
PRIVILEGE GROUP : A

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 08/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 11/02 | D554 | INMATE PAYROL | 2676 OCT07 | | 6.55 | | 6.55 |
| 11/27 | W512 | LEGAL POSTAGE | 3120 11/26 | | | 1.48 | 5.07 |
| 11/30 | W536 | COPAY CHARGE | 3207M11/30 | | | 5.00 | 0.07 |
| 12/03 | D554 | INMATE PAYROL | 3253 NOV07 | | 6.10 | | 6.17 |
| 12/05 | W512 | LEGAL POSTAGE | 3333 11/29 | | | 0.97 | 5.20 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | W536 | COPAY CHARGE | 3858M01/03 | | | 5.00 | 0.20 |
| 01/04 | D554 | INMATE PAYROL | 3885 DEC07 | | 6.45 | | 6.65 |
| 01/24 | W536 | COPAY CHARGE | 4308M01/24 | | | 5.00 | 1.65 |
| 02/08 | D554 | INMATE PAYROL | 4632 JAN08 | | 6.82 | | 8.47 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 25.92 | 17.45 | 8.47 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

8.47

FILED

2008 FEB 11 PM 12: 39

CLERK US DC
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE THEPSOMBANDITH,<br><br>   Petitioner,<br><br>   v.<br><br>V.M. ALMAGER, Warden,<br><br>   Respondent. | Civil No.   07cv2248 BEN (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

    On November 27, 2007, Petitioner, a state prisoner proceeding pro se, filed a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. [Doc. No. 1.] On December 3, 2007, the Court dismissed Petitioner's case for failure to pay the $5.00 filing fee or moved to proceed in forma pauperis. [Doc. No. 3.]

    Petitioner filed a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) on December 3, 2007. [Doc. No. 4.] The Court dismissed the case without prejudice and with leave to amend because Petitioner had failed to provide the Court with sufficient information, in the form of a certified trust account statement from the institution in which he is incarcerated, for the Court to determine Petitioner's financial status. [Doc. No. 5.] Petitioner was given until February 4, 2008, to provide the Court with the information.

1     On January 3, 2008, Petitioner filed second motion to proceed in forma pauperis but did
2 not include sufficient information to determine Petitioner's financial status, i.e. a certified trust
3 account statement from the institution in which Petitioner is incarcerated. A request to proceed
4 in forma pauperis made by a state prisoner must include a certificate from the warden or other
5 appropriate officer showing the amount of money or securities Petitioner has on account in the
6 institution. *See* Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2.

7     Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and
8 **DISMISSES** the case without prejudice and with leave to amend. To have the case reopened,
9 Petitioner must, no later than **April 14, 2008**, provide the Court with: (1) a copy of this Order
10 together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that
11 Petitioner cannot pay the $5.00 filing fee.

12     <u>PETITIONER IS ADVISED THAT IF HE DOES NOT PROVIDE THE COURT WITH
13 THE $5.00 FILING FEE OR ADEQUATE PROOF OF HIS INABILITY TO PAY THE FEE
14 BY APRIL 14, 2008, THE CASE WILL BE DISMISSED WITHOUT FURTHER LEAVE TO
15 AMEND AND HE WILL BE REQUIRED TO START OVER BY FILING A NEW PETITION
16 WHICH WILL BE GIVEN A NEW CIVIL CASE NUMBER</u>

17     **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A BLANK
18 MOTION TO PROCEED IN FORMA PAUPERIS.**

19     **IT IS SO ORDERED.**

21 DATED: 2/01/08

    Roger T. Benitez
    United States District Judge