# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE THEPSOMBANDITH,<br><br>    Petitioner,<br><br>  v.<br><br>V.M. ALMAGER, Warden,<br><br>    Respondent. | Civil No.   07- 2248 BEN (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

  On November 27, 2007, Petitioner, a state prisoner proceeding pro se, filed a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. [Doc. No. 1.] On December 3, 2007, the Court dismissed Petitioner's case for failure to pay the $5.00 filing fee or moved to proceed in forma pauperis. [Doc. No. 3.]

  Petitioner filed a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) on December 3, 2007. [Doc. No. 4.] The Court dismissed the case without prejudice and with leave to amend because Petitioner had failed to provide the Court with sufficient information, in the form of a certified trust account statement from the institution in which he is incarcerated, for the Court to determine Petitioner's financial status. [Doc. No. 5.]

  On January 3, 2008, Petitioner filed a second motion to proceed in forma pauperis. [Doc. No. 6.] On February 11, 2008, this Court dismissed the case without prejudice and with leave to amend because Petitioner again did not include sufficient information to determine Petitioner's financial status, i.e. a certified trust account statement from the institution in which

Petitioner is incarcerated. [Doc. No. 7.] Petitioner was given until April 14, 2008, to provide the Court with the information and was notified that the case would be dismissed without further leave to amend.

On February 22, 2008, Petitioner filed a third request to proceed in forma pauperis which reflects a $8.47 balance in his prison trust account. The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a).

It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. Petitioner may submit a copy of this order along with the requisite fee no later than **June 30, 2008. PETITIONER IS ADVISED THAT IF HE DOES NOT PROVIDE THE COURT WITH THE $5.00 FILING FEE BY JUNE 30, 2008, THE CASE WILL BE DISMISSED WITHOUT FURTHER LEAVE TO AMEND AND HE WILL BE REQUIRED TO START OVER BY FILING A NEW PETITION WHICH WILL BE GIVEN A NEW CIVIL CASE NUMBER**

**IT IS SO ORDERED.**

DATED: May 20, 2008

_____
Hon. Roger T. Benitez
United States District Judge