# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE THEPSOMBANDITH,<br><br>                   Petitioner,<br><br>v.<br><br>V.M. ALMAGER, Warden,<br><br>                   Respondent. | Civil No.   08-1172 JLS (PCL)<br><br>**ORDER:**<br><br>**(1)  DISMISSING CASE NUMBER 08cv1172 AS DUPLICATIVE OF CASE NUMBER 07cv2248;**<br><br>**(2)  DIRECTING CLERK TO APPLY $5.00 FEE PAID IN CASE NUMBER 08cv1172 TO CASE NUMBER 07cv2248; and**<br><br>**(3)  CLOSING CASE NUMBER 08cv1172 AND REOPENING CASE NUMBER 07cv2248** |

      On November 27, 2007, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 which was assigned case number 07cv2248. The Court dismissed case number 07cv2248 on May 20, 2008, because Petitioner had failed to pay the $5.00 filing fee. (*See* Order dated May 20, 2008 in case no. 07cv2248 [doc. no. 9].) Petitioner was given until June 30, 2008 to pay the $5.00 filing fee.

      On July 1, 2008, Petitioner submitted a second Petition for Writ of Habeas pursuant to 28 U.S.C. § 2254 and paid the $5.00 filing fee. The Clerk's Office assigned the matter case number 08cv1172 JLS (PCL).

/ / /

1  Having reviewed these cases, it is apparent that Petitioner's intent in filing case number
2  08cv1172 was to comply with the Court's dismissal Order in case number 07cv2248. Moreover,
3  having reviewed the petitions in both cases, is it clear they are identical.  The Court may dismiss
4  a duplicative petition as frivolous if it "merely repeats pending or previously litigated claims."
5  *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted).

6  Based on the foregoing, the Court **ORDERS** that:

7  (1) Case number 08cv1172 is **DISMISSED** as duplicative of the petition filed in case
8  number 07cv2248;

9  (2) The Clerk of Court is **ORDERED** to apply the $5.00 filing fee Petitioner submitted
10 in case number 08cv1172 to case number 07cv2248; and

11 (3) The Clerk of Court is **ORDERED** to reopen case number 07cv2248 and close case
12 number 08cv1172.

13 **IT IS SO ORDERED.**

15 **DATED:  July 31, 2008**

16 *Janis L. Sammartino*
   **Honorable Janis L. Sammartino**
17 **United States District Judge**